UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )  3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jill Ludwig, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 3:11-cv-11145-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 9, 2014 and March 27, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.11 14:52:12 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT